**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7043

STEPHEN NIVENS,

          Plaintiff - Appellant,

      v.

DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES; DAYENA M. CORCORAN, Commissioner; RUSSELL A. NEVERDON, SR., Director of IGO; RICHARD DOVEY, Warden; BALTIMORE COUNTY DETENTION CENTER; DAVID R. BLUMBERG, Parole Commissioner,

          Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:20-cv-02660-TDC)

Submitted: May 22, 2023                      Decided: June 6, 2023

Before WYNN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen Nivens, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Nivens appeals the district court's order granting Defendants' motion to dismiss or for summary judgment on Nivens' 42 U.S.C. § 1983 action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Nivens v. Dep't of Pub. Safety & Corr. Servs.*, No. 8:20-cv-02660-TDC (D. Md. filed Aug. 19, 2022 & entered Aug. 22, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2